# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# BATESVILLE DIVISION

KRISTINA QUARLES                                                                          PLAINTIFF
ADC #760441

V.                                              NO: 1:15CV00079 PSH

BETTY HUTCHINSON *et al*                                                               DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

DATED this 8th day of January, 2016.

_____
UNITED STATES MAGISTRATE JUDGE